**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB # 06586**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
      Attorneys for Defendant Central City Concern

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **CATHRYN WALKER,** | Case No. 3:14-cv-01763 |
| **Plaintiff,** | |
| v. | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| **PROVIDENCE HEALTH AND SERVICES OREGON, dba PROVIDENCE PORTLAND HEALTH SERVICES, an Oregon non-profit corporation, and CENTRAL CITY CONCERN, dba as OLD TOWN CLINIC, and Oregon public benefit corporation,** | |
| **Defendants.** | |

/ / / /

**To: The United States District Court for the District of Oregon**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1442, 1446(a), on behalf of Defendant Central City Concern, S. Amanda Marshall, United States Attorney for the District of Oregon, and Assistant U.S. Attorney Kevin Danielson, file this Notice of Removal of Civil Case, and in support, state as follows:

1. On or about July 23, 2014, the following civil action alleging medical negligence was filed: *Walker v. Providence Health and Services Oregon, dba Providence Portland Health Services, an Oregon non-profit corporation, and Central City Concern, dba Old Town Clinic, an Oregon public benefit corporation*, in the Circuit Court of the State of Oregon for the County of Multnomah, Case No. 14CV09558.

2. Defendant Central City Concern is a federally deemed community health center by operation of the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n) and is covered under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80.

3. The United States has the statutory authority to remove this action to federal court. 28 U.S.C. §§ 1442, 1446(a).

4. Accompanying this Notice of Removal of Civil Action, the United States is filing a copy of all process, pleadings, and orders in this action as required by 28 U.S.C. §§ 1446(a).

5. A copy of this Notice of Removal of Civil Action is being served upon the Plaintiff and Defendant Providence Health and Services Oregon and a copy shall be filed with the Court Clerk of Multnomah County, Oregon, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the above-captioned case now pending in the Circuit Court of Multnomah County, Oregon, is removed to this Court as allowed by 28 U.S.C. § 1442.

Dated this 6th day of November 2014.

                                        Respectfully Submitted,

                                        S. AMANDA MARSHALL
                                        United States Attorney
                                        District of Oregon

                                        */s/ Kevin Danielson*
                                        KEVIN DANIELSON
                                        Assistant United States Attorney
                                        Attorneys for Defendant Central City Concern

# CERTIFICATE OF SERVICE

I CERTIFY that a copy of **NOTICE OF REMOVAL OF CIVIL ACTION** was sent by first-class postage and deposited in the United States mail in Portland, Oregon, on November 6th, 2014 and addressed as follows:

Cathryn Walker
5724 N.E. Ainsworth St.
Portland, OR   97218

    Plaintiff Pro Se

Michael T. Belisle
Williams Kastner
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
    Attorneys for Providence Health & Services Oregon

                                              */s/Deanne Bateson*
                                              DEANNE BATESON
                                              Legal Assistant