IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CATHRYN WALKER, | 3:14-CV-1763-ST |
|        Plaintiff, | ORDER |
| v. | |
| PROVIDENCE HEALTH AND SERVICES OREGON, dba PROVIDENCE PORTLAND HEALTH SERVICES, and CENTRAL CITY CONCERN, dba OLD TOWN CLINIC, an Oregon public benefit corporation, | |
|        Defendants. | |

BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#23) on March 5, 2015, in which she recommends this Court grant Defendant Central City Concern's (CCC) Motion (#6) to Dismiss Plaintiff's medical negligence claim, dismiss Plaintiff's claim against CCC without prejudice, and deny

1 - ORDER

Defendant Providence Health and Services Oregon's (Providence) Motion (#12) for Summary Judgment.

On March 23, 2015, Plaintiff and Defendant Providence filed a Stipulation of Dismissal (#26) of Plaintiff's claim against Providence with prejudice and without attorneys' fees or costs to any party. An Order of Dismissal (#27) was issued by the Magistrate Judge on March 24, 2015. Accordingly, the only matter now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b) is Defendant CCC's Motion (#6) to Dismiss Plaintiff's claim against CCC.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

As noted, all of Plaintiff's claims against Defendant Providence have been dismissed pursuant to the Stipulation (#26) filed and an Order (#27) entered by the Magistrate Judge.

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#23) as to Defendant CCC's Motion (#6) to Dismiss

Plaintiff's claims against CCC, **GRANTS** Defendant CCC's Motion, and **DISMISSES** Plaintiff's claim against Defendant CCC **without prejudice**.

    IT IS SO ORDERED.

    DATED this 7th day of April, 2015.

                                   /s/ Anna J. Brown

                                   ANNA J. BROWN
                                   United States District Judge